BRYAN SCHRODER
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Aunnie.Steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | THEFT FROM A PROGRAM RECEIVING FEDERAL FUNDS Vio. 18 U.S.C. § 666(a)(1)(A) |
| DONNA VUKICH, | ) ) | COUNT 2: |
| Defendant. | ) ) ) ) ) | FILING A FALSE TAX RETURN Vio. 26 U.S.C. § 7206(1) |

I N FORMATION

The United States Attorney charges that:

GENERAL ALLEGATIONS

At all times material to this Information:

1. Naknek Electric Association ("NEA") is an electric distribution cooperative located in Naknek, Alaksa that serves more than 600 members in Bristol Bay.

2. NEA received benefits in excess of $10,000 from Federal contracts for the one-year period charged below.

3. The defendant, Donna Vukich, was the General Manager for NEA from January 2011, through December 2015. As such, Vukich was an agent of NEA.

4. From 2011, to December 2015, Vukich knowingly converted without authority approximately $510,181 in funds from NEA for her personal use including, among other things, to pay for personal travel for herself and for friends and family, her daughter's college tuition, cash advances, and entertainment. Additionally, Vukich willfully failed to include this additional income when she filed her tax returns for these tax years.

## COUNT 1:
## THEFT FROM A PROGRAM RECEIVING FEDERAL FUNDS

5. Paragraphs 1-4 are re-alleged here.

6. In the calendar year 2015, in the District of Alaska and elsewhere, the defendant, Donna Vukich, as part of an ongoing course of conduct and while an agent of NEA, did knowingly and without authority convert to her personal use money and funds in excess of $5,000 that was in the custody and control of NEA, during which time NEA received in excess of $10,000 from Federal contracts.

All of which is in violation of Title 18, United States Code, Section 666(a)(1)(A).

## COUNTS 2:
## FILING A FALSE TAX RETURN

7. Paragraphs 1-4 are re-alleged here.

8. For the calendar year 2015, in the District of Alaska and elsewhere, the defendant Donna Vukich, a resident of Naknek, Alaska, did willfully make and subscribe a joint personal federal income tax return, which was verified by a written declaration that it was made under penalties of perjury and which Vukich did not believe to be true and correct as to every material matter. Vukich filed her joint personal federal income tax return with the Internal Revenue Service Center knowing that the return was not true and correct as to every material matter in that it failed to report the additional income from the funds that she converted from NEA in the amount of $139,830 for the tax year 2015.

All of which is in violation of Title 26, United States Code, Section 7206(1).

RESPECTFULLY submitted this 7th day of December, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Andrea T. Steward
ANDREA T. STEWARD
Assistant United States Attorney
United States of America